M/V AGISTRI
AND/OR OWNERS/CHARTERERS

Dynacom Tankers Management  
94, Poseidonos Ave, and 2, Nikis Str.  
GR-166 75 Glyfada-Athens  
Greece  
Mrs Alexandra Mamalinga

DATE OF INVOICE : 02. September 2014

INVOICE NO : 145-S19366

ORDER NO. : 145-19410

DATE OF SUPPLY : 02. September 2014

PORT: FUJAIRAH  
YOUR REFERENCE:

DUE DATE : 01. October 2014

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 496,127 MT | Fueloil 380-CST 3,5% | 592,00 MT | 293.707,18 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | * | VAT Amount | USD | 0,00 |
| Our VAT No. | MT20370530 | Total | USD | 293.707,18 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

EXHIBIT D

**O.W. BUNKER MALTA LIMITED**

18/2 South Street, Valletta VLT 1102, Malta  
c/o Kastoros 55, GR-18545 Piraeus

| | | |
|---|---|---|
| **BANK:** | ING Bank N.V. | |
| **ACCOUNT:** | IBAN: NL09 INGB 0020 1179 49 | USD and all other currencies |
| | IBAN: NL30 INGB 0651 3500 18 | EUR |
| | SWIFT: INGBNL2A | |

+30 210 4284455  
+30 210 4284459

E-mail: piraues@owbunker.com  
Internet: http:www.owbunker.com