IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-15-34 |
| | § | ADMIRALTY |
| | § | |
| M/V AGISTRI, | § | |
| IMO No. 9597018, | § | |
| her engines, tackle, equipment, | § | |
| furniture, appurtenances, | § | |
| etc., *in rem* | § | |
| | § | |
| **Defendant** | § | |

## MOTION AND ORDER FOR ISSUANCE OF A WARRANT OF ARREST PURSUANT TO ADMIRALTY RULE C

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, ING Bank N.V., and hereby respectfully requests this Honorable Court to issue an order under Admiralty Rule C, permitting the arrest of the M/V AGISTRI, as more fully set forth in the Verified Complaint.

Upon reading the Verified Complaint for issuance of a warrant of arrest, the exhibits and the verification thereto, the Court finds that the conditions for an action under Admiralty Rule C appear to exist;

**IT IS HEREBY ORDERED** that the Clerk shall issue warrant of arrest as prayed for in the Verified Complaint;

**IT IS FURTHER ORDERED,** that any person claiming an interest in the property arrested, attached or garnished pursuant to said Order, upon application to the Court be entitled to a prompt hearing in which the plaintiff shall be required to show why the arrest, attachment and garnishment should not be vacated or other relief granted; and

**IT IS FURTHER ORDERED** that a copy of this order be attached to and served with the said warrant of arrest.

**IT IS FURTHER ORDERED** that ING Bank N.V. will release and hold harmless and indemnify the U. S. Marshal from and against all claims in liability arising out of the care and custody or the arrest of the M/V AGISTRI.

Galveston, Texas, this 19th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:


*/s/ Joseph R. Messa*
**JOSEPH R. MESSA (#11346)**
**KING, KREBS & JURGENS, P.L.L.C.**
6363 Woodway, Suite 820
Houston, Texas 77057
Telephone: (713) 334-5644
Facsimile: (713) 334-5828
E-Mail: jmessa@kingkrebs.com

**and**

**JAMES D. BERCAW**
**LAURA E. AVERY**
**(Motion for admission *pro hac vice* to be filed)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
E-Mail: jbercaw@kingkrebs.com
          lavery@kingkrebs.com

*Attorneys for ING Bank N.V.*