IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-00034 |
| | § | ADMIRALTY |
| | § | |
| M/V AGISTRI, | § | |
| IMO No. 9597018, | § | |
| her engines, tackle, equipment, | § | |
| furniture, appurtenances, | § | |
| etc., *in rem* | § | |
| | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ING Bank N.V. (hereafter "ING Bank"), through undersigned counsel, files this notice of dismissal of its Verified Complaint against defendant, M/V AGISTRI, IMO No. 9597018, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem* (hereafter the "Vessel"), without prejudice, as follows:

1.

On February 19, 2015, ING Bank filed its Verified Complaint against the Vessel. (Doc. 1.)

2.

On that, this Court entered an Order Authorizing a Warrant of Arrest of the Vessel (Doc. 4), which Warrant for Arrest (Doc. 6) was subsequently issued by the

Clerk of Court, but was not served on the Vessel because it had left the physical jurisdiction of the Court.

3.

As of this date, no opposing party has filed any statement of right or interest, answer or motion for summary judgment.

4.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and (B), ING Bank hereby files this notice of dismissal of its Verified Complaint, without prejudice, to its rights in the future to commence other litigation in this Court or in any other court or jurisdiction to arrest the Vessel that may be located within those districts or jurisdictions.

Respectfully submitted:

*/s/ Joseph R. Messa*
**JOSEPH R. MESSA (#11346)**
**KING, KREBS & JURGENS, P.L.L.C.**
6363 Woodway, Suite 820
Houston, Texas  77057
Telephone:  (713) 334-5644
Facsimile:  (713) 334-5828
E-mail:  jmessa@kingkrebs.com

       **and**

**JAMES D. BERCAW**
**LAURA E. AVERY**
**(Motion for admission *pro hac vice* to be filed)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
E-Mail:  jbercaw@kingkrebs.com
         lavery@kingkrebs.com

***Attorneys for ING Bank N.V.***