UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ING Bank N.V., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. G-15-34 |
| M/V Agistri, IMO No. 9597018 | § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Notice of Dismissal without Prejudice filed on February 20, 2015, the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this __20__ day of February, 2015.

DAVID HITTNER
United States District Judge